**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-06443 |
| Zane P Osborne | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 South Dearborn
> Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 11/16/2012 in Courtroom 201,

> United States Courthouse
> Will County Court Annex Building
> 57 North Ottawa Street, Suite 201
> Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2012                    By: _/s/ Joji Takada_
                                                          Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Zane P Osborne § Case No. 12-06443
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,177.10 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,177.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 0.00 | $ 0.00 | $ 1,767.71 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,767.71 |
| Remaining Balance | | | $ 8,409.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 55,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Reba Osborn | $ 55,000.00 | $ 0.00 | $ 8,409.39 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 8,409.39 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 156,558.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Sc Student Loan Corp | $ 5,568.10 | $ 0.00 | $ 0.00 |
| 3 | Great Lakes Educational Loan Services | $ 93,402.03 | $ 0.00 | $ 0.00 |
| 4 | Fia Card Services, N.A. | $ 57,588.30 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-06443-BWB
Zane P Osborne Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: esullivan     Page 1 of 2     Date Rcvd: Oct 23, 2012
                Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2012.
```
db          +Zane P Osborne,   268 Butternut Drive,    Bolingbrook, IL 60440-2614
18514906    +Academic Loan Group/Gl,    2401 International Ln,    Madison, WI 53704-3121
18514907    +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18514908    +Bluegreen Corp,    4960 Conference Way N #,    Boca Raton, FL 33431-4413
18514909    +Chase,   Po Box 24696,    Columbus, OH 43224-0696
18514910     Chase Bank,   P.O. Box 15153,    Wilmington, DE 19886-5153
18856063     FIA CARD SERVICES, N.A.,    as successor to Bank of America, N.A.,    PO Box 15102,
              Wilmington, DE 19886-5102
18514911    +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
18843331     Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
              Madison, WI 53708-8973
18514913    +Reba Osborn,    117 North Mill Street,    Naperville, IL 60540-4435
18514914    +SC Student Loan Corp,    South Carlolina Student Loan Corp,    Po Box 102423,
              Columbia, SC 29224-2423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18514912    +E-mail/Text: csaathoff@ihmvcu.org Oct 24 2012 09:59:30    I H Mississippi Valley,    2121 47th St,
              Moline, IL 61265-3663
```
                                                                                                                                                            TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2012**                              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: esullivan              Page 2 of 2                   Date Rcvd: Oct 23, 2012
                               Form ID: pdf006              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2012 at the address(es) listed below:
          Cari A Kauffman    on behalf of Creditor   GMAC Mortgage, LLC as servicer for US Bank National
           Association as Trustee for RAMP 2005-EFC3 ND-Four@il.cslegal.com
          John J Lynch     on behalf of Debtor Zane Osborne jjlynch@jjlynchlaw.com,
           rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                        TOTAL: 4