UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Zane P Osborne § Case No. 12-06443
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bluegreen Corp 4960 Conference Way N # Boca Raton, FL 33431 |  |  |  |  |  |
|  | Chase Po Box 24696 Columbus, OH 43224 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage 3451 Hammond Ave Waterloo, IA 50702 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reba Osborn;117 North Mill Street;Naperville, IL 60540 | | | | | |
| 1 | Reba Osborn | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Academic Loan Group/Gl 2401 International Ln Madison, WI 53704 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Chase Bank P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | I H Mississippi Valley 2121 47th St Moline, IL 61265 | | | | | |
| | Sc Student Loan Corp Po Box 21487 Columbia, SC 29221 | | | | | |
| 4 | Fia Card Services, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Great Lakes Educational Loan Services | | | | | |
| 2 | Sc Student Loan Corp | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-06443 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Zane P Osborne | | | | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| | | | | | 341(a) Meeting Date: | 03/19/2012 |
| For Period Ending: | 01/19/2013 | | | | Claims Bar Date: | 06/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 268 Butternut Drive Bolingbrook, Il 60440 Value Pe | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking / Savings Account At West Suburban Bank | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc Household Goods And Furniture Located At - , Resale Val | 250.00 | 0.00 | | 0.00 | FA |
| 5. Personal Clothing Of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 6. Estimated Tax Refund | 18,000.00 | 0.00 | | 10,177.10 | FA |
| 7. 1995 Ford F150 | 2,850.00 | 0.00 | | 0.00 | FA |
| 8. Blue-Green Resort Timeshare | 10,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　　　　　$112,200.00　　　　　$0.00　　　　　　　　　　$10,177.10　　　$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

032812--Telephone conference and correspondence with Debtor's counsel re: turnover of 2011 tax refund and tax return. Debtor to provide by end of the week.

Initial Projected Date of Final Report (TFR): 02/22/2014　　　Current Projected Date of Final Report (TFR): 02/22/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-06443  
Case Name: Zane P Osborne  
Taxpayer ID No: XX-XXX0674  
For Period Ending: 01/19/2013  

Trustee Name: Joji Takada  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX6583  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/12 | 6 | Zane Osborne<br>268 Butternut Drive<br>Bolingbrook, Illinois 60440 | Non-exempt funds<br>2011 tax refund | 1129-000 | $10,177.10 | | $10,177.10 |
| 11/19/12 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,767.71 | $8,409.39 |
| 11/19/12 | 1002 | Reba Osborn<br>117 North Mill Street<br>Naperville, Il 60540 | Final distribution to claim 1 representing a payment of 15.29 % per court order. | 5700-000 | | $8,409.39 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,177.10 | $10,177.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,177.10 | $10,177.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,177.10 | $10,177.10 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Page Subtotals: $10,177.10 $10,177.10

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6583 - Checking Account | $10,177.10 | $10,177.10 | $0.00 |
|  | $10,177.10 | $10,177.10 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,177.10 |
| Total Gross Receipts: | $10,177.10 |

Page Subtotals:                                                          $0.00          $0.00